UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| ADRIANA VANCE, as natural mother of Raymond Greed, deceased, and as Personal Representative of the Estate of Raymond Green, et al., <br><br> v. <br><br> EL PASO COUNTY BOARD OF COUNTY OF COMMISSIONERS, et al., | Case No. 25-1329 |

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney hereby appears as counsel for: Club Q, LLC; G.I.G., Inc.; Matthew Haynes; 3430 N. Academy LLC; and Academy3430 LLC, appellants, in the above-captioned cases.

Dated: September 3, 2025.

/s/ *Michael D. Kuhn*
Michael D. Kuhn
KLCS PC
431 North Cascade Avenue, Suite 1
Colorado Springs, CO 80903
Phone: (719) 215-8000
Email: mkuhn@klcs.law

*Counsel for Appellants*

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☒     The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

       Kinsale Insurance Company

☐     There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

September 3, 2025
Date

*/s/ Michael D. Kuhn*
Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I, Michael D. Kuhn, hereby certify that on September 3, 2025, I served a copy of the foregoing Docketing Statement with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system. Additionally, I mailed a copy of the forgoing via U.S. Mail addressed:

Nicholas Grzecka
4202 North 28th Street, Suite 14
Phoenix, AZ 85016


Dated: September 3, 2025.

                                              */s/ Michael D. Kuhn*
                                              Michael D. Kuhn
                                              KLCS PC
                                              431 North Cascade Avenue, Suite 1
                                              Colorado Springs, CO 80903
                                              Phone:  (719) 215-8000
                                              Email:  mkuhn@klcs.law

                                              *Counsel for Appellants*